**TRANSCONTINENTAL GAS PIPE LINE CORPORATION, Appellant,**

v.

**AMERICAN NATIONAL PETROLEUM COMPANY on Behalf of Itself and Oil Investments, Ltd., Appellee.**

**No. 9602–CV.**

Court of Appeals of Texas, Texarkana.

March 12, 1991.

Murray Fogler, Roger Townsend, Fulbright & Jaworski, Houston, for appellant.

James R. Leahy, Baker, Brown, Sharman & Parker, Houston, for appellee.

Before CORNELIUS, C.J., and BLEIL and GRANT, JJ.

## OPINION

GRANT, Justice.

The parties in this cause have filed a joint agreed motion to dismiss this appeal with prejudice on the ground that the matters at issue between the parties have been settled and to withdraw the opinion on remand issued by this court in this cause on January 29, 1991. Pursuant to TEX.R. APP.P. 59(a)(1)(A), the motion is granted, the opinion and judgment on remand are vacated, and the appeal is dismissed.